# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2759

_____

| | |
|---|---|
| Marvin Chapman, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Western |
| | * District of Missouri. |
| Wal-Mart Corporation, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: March 1, 2010
Filed: March 2, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Marvin Chapman appeals the District Court's[1] adverse grant of summary judgment in his pro se employment-discrimination action against his former employer. After reviewing the record de novo, see Erickson v. Farmland Indus., Inc., 271 F.3d 718, 724 (8th Cir. 2001), we conclude that summary judgment was proper for the reasons stated by the District Court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.